**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

CHARLES ADAMS, ET AL.

VERSUS

UNITED ASSOCIATION OF
JOURNEYMEN AND APPRENTICES
OF THE PLUMBING AND PIPEFITTING
INDUSTRY OF THE UNTED STATES
AND CANADA, AFL-CIO LOCAL 198, ET AL.

CIVIL ACTION

NO. 98-400-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 19, 2021 (Doc. 933), to which no objection was filed,

**IT IS ORDERED** that Defendant's Motion to Enforce Settlement (R. Doc. 923) and Grodner's Motion to Withdraw (R. Doc. 927) is DENIED.

Signed in Baton Rouge, Louisiana, on May 14, 2021.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**