UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CHARLES ADAMS, ET AL.**               **CIVIL ACTION**

**VERSUS**                              **NO. 98-400-JWD-RLB**

**UNITED ASSOCIATION OF
JOURNEYMEN AND
APPRENTICES OF THE
PLUMBING AND PIPEFITTING
INDUSTRY OF THE UNITED
STATES AND CANADA,
AFL-CIO, LOCAL 198, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 24, 2022, (Doc. 973), to which an objection was filed and considered, (Doc. 974);

**IT IS ORDERED** that the Plaintiff's complaint is dismissed pursuant to Local Rule 41(b) for failure to prosecute.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>October 27, 2022</u>.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**